# ELECTRONIC RECORD

COA # 01-11-00210-CR          OFFENSE: 1 (Poss of Control Substance)

STYLE: Walter Earl Taylor v. The State of Texas          COUNTY: Galveston

COA DISPOSITION:          AFFIRM          TRIAL COURT: 56th District Court

DATE: 02/19/2015          Publish: YES    TC CASE #:          10CR1215

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Walter Earl Taylor v. The State of Texas

_APPELLANT'S_          Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE: _06/10/2015_
JUDGE: _Per Curiam_

CCA #: **315-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**